IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1111-H |
| | ) | WO |
| GREGORY SOWELL | ) | |

**ORDER ON MOTION**

Upon consideration of "*The Motion for Extension and/or Enlargement of Time*" filed by movant Gregory Sowell on December 8, 2005 (Doc. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Sowell be and is hereby GRANTED an extension from December 12, 2005, to and including January 12, 2006, to file his objections to the Recommendation of the Magistrate Judge entered on November 29, 2005.

Done this 12th day of December, 2005.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE