IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1111-H |
| | ) | WO |
| GREGORY SOWELL | ) | |

**JUDGMENT**

In accordance with the memorandum opinion and order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 2) is adopted.

(3) The motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 1) is denied.

(4) This case is dismissed, as the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing the court to consider a successive § 2255 motion.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 17th day of January, 2006.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE