RECEIVED

2006 JAN 23 A 9:51

1:05-CV-1111

Sir,

On Jan 10th I transfered to: Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia 30315

I would like to have my mail sent here

Gregory Sowell

Gregory Sewell # 08246-002
FEDERAL PRISON CAMP
P.O. BOX 150160
ATLANTA, GEORGIA 30315



District Clerk office
P.O. Box 711
Montgomery, Al.
36101